UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

GARY R. MARGELONY &
KIMBERLY E. MARGELONY,

        Plaintiff,

                              Case No.: 4:16-cv-00167-HLM-WEJ

v.

GC SERVICES L.P. &
NAVIENT SOLUTIONS f/k/a
SALLIE MAE, INC.,

        Defendant.
_____/

## STIPULATION TO DISMISS

NOTICE IS HEREBY GIVEN that Plaintiffs Gary R. Margelony and Kimberly E. Margelony and Defendant Navient Solutions, Inc. *f/k/a* Sallie Mae, Inc, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

| | |
|---|---|
| */s/ Randall S. Carver* | */s/ Wendi E. Fassbender* |
| Randall S. Carver, Esq. | Wendi E. Fassbender, Esq. |
| Georgia Bar No. :515022 | Georgia Bar No.: 179133 |
| Bournakis & Mitchell, PC | Sessions Fishman Nathan & Israel, L.L.C. |
| P.O. Box 1673 | 14 Coopers Glen Drive SW |
| Rome, GA  30162 | Mableton, GA  30126-2584 |

1

| | |
|---|---|
| Telephone: (470) 315-0750 | Telephone: (678) 209-7492 |
| Facsimile:  (706) 686-2840 | Facsimile: (877) 480-5639 |
| Email: randy@bournakismitchell.com | Email: wfassbender@sessions.legal |
| Attorney for Plaintiffs, | Attorneys for Defendant, |
| Craig and Kimberly Margelony | Navient Solutions, Inc., f/k/a Sallie Mae, Inc. |

## CERTIFICATE OF SERVICE

I certify that on this 29th day of November, 2016, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

>/s/ Wendi E. Fassbender, Esq.
Wendi E. Fassbender, Esq.
Georgia Bar No.: 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
*Attorneys for Defendant,*
*Navient Solutions, Inc.*